UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FIRUZ OIMAKHMADOVICH OEV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01765-JRO-MG |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS**

Plaintiffs', Firuz Oimakhmadovich Oev, Shabnam Zafarovna Ziyovuddinova, Aisha Firuzona Oev, Usmon Firuzovich Oev, and Abubakr Firuzovich Oev, notice of voluntary dismissal without prejudice, dkt. [9], is **GRANTED** to the extent that it is effective as a notice of dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

The action is **DISMISSED without prejudice**. The clerk is **DIRECTED** to close this action on the docket. No final judgment is required under these circumstances.

**SO ORDERED**.

Date: 10/27/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel